# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IDLE H., <br><br> Petitioner, <br><br> v. <br><br> PAMELA BONDI, *in her official capacity as Attorney General of the United States*; KRISTI NOEM, *in her capacity as Secretary of the United States Department of Homeland Security*; TODD M. LYONS, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*, and DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*, <br><br> Respondents. | Case No. 26-cv-315 (LMP/SGE) <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to Idle H.'s Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before Thursday, January 22, 2026, certifying the true cause and proper duration of Idle H.'s confinement and showing cause why the writ should not issue in this case;

2. Respondents' answer must include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Idle H.'s detention in light of the issues raised in his Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Idle H.'s claims; and

   c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

3. If Idle H. intends to file a reply to Respondents' answer, he must do so on or before Thursday, January 29, 2026;

4. No further submissions from the parties will be permitted except as authorized by Court order;

5. Respondents are **ORDERED** to provide notice to Idle H. and this Court of its intention to move Idle H. outside this District no less than 72 hours before any such movement is to be effected; and

6. Respondents are **ORDERED** not to remove Idle H. from the United States during the pendency of these proceedings.

Dated: January 15, 2026  
Time: 12:24 p.m.

*s/ Laura M. Provinzino*  
Laura M. Provinzino  
United States District Judge