# UNITED STATES DISTRICT COURT
## District of Minnesota

Idle Hassan,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-315 LMP/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Idle H.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

   a. The Government is **ORDERED** to complete any Section 1159(a)(1) inspection of Idle H. no later than 4:00 p.m. CST on February 4, 2026. At that point, the Government must either (1) release Idle H. or (2) issue a notice to appear to Idle H., if it is determined that he is removable. Continued detention of Idle H. beyond 4:00 p.m. CST on February 4, 2026, is not authorized under Section 1159(a)(1).

   b. No later than 4:00 p.m. CST on February 5, 2026, the Government is **ORDERED** to provide a status report confirming that an inspection pursuant to Section 1159(a)(1) has been completed (or if no inspection is

completed, confirming that Idle H. has been released from custody) and stating the outcome of that inspection.

Date: 2/2/2026

KATE M. FOGARTY, CLERK